IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| ZACHARY PEARCE, | § | |
| | § | No. 343, 2024 |
| Defendant Below, | § | |
| Appellant, | § | Court Below–Superior Court |
| | § | of the State of Delaware |
| v. | § | |
| | § | C.A. No. N22L-05-068 |
| WILMINGTON SAVINGS FUND | § | |
| SOCIETY, F.S.B., | § | |
| | § | |
| Plaintiff Below, | § | |
| Appellee. | § | |

Submitted: September 6, 2024
Decided: September 12, 2024

## **ORDER**

On August 19, 2024, the appellant, Zachary Pearce, filed a notice of appeal from a Superior Court commissioner's order denying his motion to be relieved from judgment under Superior Court Civil Rule 60(b). The Senior Court Clerk issued a notice, sent by certified mail, directing Pearce to show cause why this appeal should not be dismissed for the Court's lack of jurisdiction to consider an appeal taken directly from a Superior Court commissioner's order. Pearce received the notice to show cause on August 26, 2024. A timely response was due on or before September 5, 2024. To date, Pearce has not responded to the notice to show cause. Dismissal of this appeal is therefore deemed to be unopposed.

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that the appeal be DISMISSED.

BY THE COURT:

*/s/ Gary F. Traynor*
Justice